## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **TANER MUNSIF and ELIZABETH M. RYAN, individually, and on behalf of other similarly situated individuals,** | : : : : | |
| *Plaintiffs* | : : | |
| v. | : | C.A. NO.: 1:16-cv-00387-M-LDA |
| | : | |
| **UTGR, INC., d/b/a LINCOLN PARK, alias,** | : : | |
| *Defendant* | : : | |

## **CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES**

Now come the Lead Plaintiffs Taner Munsif and Elizabeth M. Ryan, individually and on behalf of Opt-in Plaintiffs in the above-captioned collective action, and hereby move this Honorable Court for an award of counsel fees of $**267,558.81** plus costs of **$955.44** or a total of $**268,514.25**, of which **$100,000.00** will be paid by Defendant per the Proposed Settlement Agreement and $**168,514.25** will be paid by Plaintiffs from the common fund of **$684,057.02** via a **twenty-five percent (25%)** reduction pro-rata, for services rendered by Class Counsel in this action, all of which is payable from the total gross settlement of **$784,057.02.**

As grounds therefore and in support thereof, Plaintiffs rely on their Memorandum of Law and Affidavits in support filed simultaneously herewith.

**WHEREFORE,** Plaintiffs pray that this Honorable Court grant Class Counsel's Application and award Class Counsel the requested counsel fees and costs incurred in achieving a successful result as set forth above.

**Plaintiffs,**
By their attorneys,
**SINAPI LAW ASSOCIATES, LTD.**

Dated:  March 5, 2019            **/s/ Richard A. Sinapi**
**Richard A. Sinapi, Esq.   (#2977)**
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: (401) 739-9690; FAX: (401) 739-9040
Email: ras@sinapilaw.com

### CERTIFICATION

**Michael D. Chittick, Esq.**
**Adler Pollock & Sheehan, P.C**。
One Citizens Plaza, 8th Floor
Providence, RI  02903
Mchittick@apslaw.com

    I hereby certify that on **March 5, 2019**, a true copy of the within was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.  Service on the counsel who has communicated that they will be represented Defendant listed above has been effectuated by electronic means.

    I also certify that on **March 5, 2019,** a true copy of the within document was served electronically via email to all Plaintiffs in this action

**/s/ Richard A. Sinapi**